1018

UNITED STATES of America v. Thomas William JONES.

No. 1228.

Circuit Court of Appeals, Tenth Circuit.

Feb. 4, 1935.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah.

Joseph G. Jeppson, of Salt Lake City, Utah, for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

UNITED STATES of America v. Oscar L. MACKEY.

No. 7905.

Circuit Court of Appeals, Ninth Circuit.

July 1, 1935.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

David Spaulding, of West Los Angeles, Cal., for appellee.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for the respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

UNITED STATES of America, Appellant, v. Edward LANG, Appellee.

No. 7911.

Circuit Court of Appeals, Ninth Circuit.

July 8, 1935.

Peirson M. Hall, U. S. Atty., and Ernest D. Fooks, Atty. Department of Justice, both of Los Angeles, Cal.

Glenn R. Jack, of Oregon City, Or., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties and good cause therefor appearing, ordered appeal in above cause dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

UNITED STATES of America, Appellee, v. MERCHANTS CARLOADING COMPANY, Inc., Appellant.

No. 456.

Circuit Court of Appeals, Second Circuit.

June 17, 1935.

Uderitz & Newman, of New York City (Donald M. Newman, of New York City, of counsel), for appellant.

Walter L. Rice, Sp. Asst. to Atty. Gen., Harold M. Stephens, Asst. Atty. Gen., Carl McFarland, Sp. Asst. to Atty. Gen., John F. Davidson, Asst. U. S. Atty., and Grant W. Kelleher and John C. Herberg.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed, and bill dismissed, on authority of L. A. Schechter Poultry Corporation v. U. S., 55 S. Ct. 837, 79 L. Ed. ——, May 27, 1935.